SALVATORE RICCARDI, Respondent, *v.* ISRAEL ROGOSIN and Another, Appellants.

Supreme Court, Appellate Term, First Department, December 20, 1927.

**Appeal — settlement of case — stenographic minutes fail to show colloquy between court and defendants — defendants entitled to have exact copies of minutes of trial.**

Defendants, who claim, without contradiction, that the stenographic minutes fail to show some ten pages of the minutes containing colloquy between the trial court and defendants' counsel, and that they include remarks by the court which defendants consider prejudicial, are entitled to have exact copies of the minutes in order to facilitate the proper settlement of the case for argument on appeal.

APPEAL by defendants from an order of the City Court of the City of New York, county of New York, denying their motion that the official stenographer be directed to deliver to defendants' attorneys exact copies of the minutes which have been omitted.

*Feigin & Feigin* [*Harold H. Feigin* of counsel], for the appellants.

*Samuel J. Siegel*, for the respondent.

PER CURIAM.    Although there seems to be no precedent for the motion in precisely the form in which it is made, no objection apparently has been taken either below or here to its mere form. It is substantially a motion made to facilitate the proper settlement of the case.    Defendants claim, and there is no contradiction, that some ten pages of the minutes containing colloquy between the trial court and defendants' counsel have been omitted and that they include remarks by the court which defendants' counsel consider prejudicial and which must, in pursuance of his duty to his client, be submitted to the appellate court on the appeal. There is no denial, either, of the fact that these remarks had been taken down by the stenographer.    The appropriate provisions of the Judiciary Law entitle appellants to the relief which they have asked.

Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

All concur; present, BIJUR, LEVY and CRAIN, JJ.